IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JONATHAN J. EDMISTEN,               )
                                    )
                Plaintiff,          )
                                    )
        v.                          )        Case No. 07-3116-JWL
                                    )
DAVID R. McKUNE, et al.,            )
                                    )
                Defendants.         )
                                    )
_____)

## <u>ORDER</u>

Defendant Joseph Martin has filed a written response (Doc. # 126) to the Court's

Order to Show Cause why default judgment should not be entered against him (Doc. #

117).  Plaintiff may file a reply to Dr. Martin's response, through appointed counsel,

within 20 days after appointment.

IT IS SO ORDERED.

Dated this 19th day of June, 2008, in Kansas City, Kansas.

                                        s/ John W. Lungstrum_____
                                        John W. Lungstrum
                                        United States District Judge